UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DERRICK GANTLEY,
    Plaintiff,

vs.                             Case No.: 5:22cv54-TKW-MJF

MELISSA D. ROLLINS,
    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 38) and Plaintiff's objection (Doc. 39). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to exhaust his administrative remedies through the prison grievance process. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's motion to dismiss (Doc. 32) is **GRANTED**, and this case is **DISMISSED without prejudice** for failure to exhaust administrative remedies.

3. The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE and ORDERED** this 11th day of September, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**